IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ABDULMOHSEN ALASMAR O ALSUWAYLIMI**                                                        **PLAINTIFF**

**V.**                                                                                                    **NO. 3:23-CV-392-DMB-JMV**

**ANTONY BLINKEN, Secretary
of State of the United States;
MICHAEL RATNEY, U.S.
Ambassador to the Kingdom
of Saudi Arabia**                                                                                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 19th day of January, 2024.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**